UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01638-RBJ

GARY R. BUTLER,
an individual,

    Plaintiff.

v.

TONY G. SPURLOCK, SHERIFF, DOUGLAS COUNTY, STATE OF COLORADO, in his official and individual capacity,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

All parties, through their undersigned counsel, and pursuant to Fed.R.Civ.P. 41, hereby stipulate and agree as follows:

1. Plaintiff agrees to voluntarily dismiss all of his claims without payment of any kind.

2. Defendant has not asserted any counterclaims.

3. Plaintiff and Defendant agree that this civil action and all claims asserted herein shall be dismissed with prejudice, and that the Court may enter an order of dismissal with prejudice without further action by the parties.

4. Plaintiff and Defendant agree that they shall each bear responsibility for their own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven L. Murray | /s/ Thomas S. Rice |
| **Steven L. Murray** | **Thomas S. Rice** |
| Murray Law, LLC | Senter Goldfarb & Rice, LLC |
| 1888 Sherman Street, Suite 200 | 3900 East Mexico Avenue, Suite 700 |
| Denver, CO 80203 | Denver, CO 80210 |
| Telephone: (303) 396-9952) | Telephone: (303) 320-0509 |
| E-Mail: steven@smurraylaw.com | E-Mail: trice@sgrllc.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of October, 2018, I electronically filed a true and exact copy of the above and foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Steven L. Murray
Murray Law, LLC
1888 Sherman Street, Suite 200
Denver, CO 80203
E-mail: steven@smurraylaw.com
*Attorney for Plaintiff Gary R. Butler*

  /s/ Tammy Stephenson
Legal Secretary
E-Mail: tstephenson@sgrllc.com

2